# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141191(79)(80)

BILLIE J. MEADOWS,
      Plaintiff-Appellee,

v

JOAN MEADOWS,
      Defendant-Appellant.

SC: 141191
COA: 288893
Wayne CC Family Division:
07-705162-DO

_____/

      On order of the Court, the motion for reconsideration of this Court's October 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228